**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, ) ) ) ) | |
| Plaintiffs, ) ) | No.  2012 C 1196 |
| v. ) ) | Judge Bucklo |
| NORTHWEST BUILDING MATERIAL ) OF ILLINOIS, INC., an Illinois corporation and ) KATHERINE M. HENRY, Individually, ) ) | Magistrate Judge Cole |
| Defendants. ) | |

## MOTION FOR DEFAULT & JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorneys, JOHN J. TOOMEY, and ARNOLD AND KADJAN, and, pursuant to FRCP 55, move for entry of an order of default and judgment in sum certain.  In support of their Motion, Plaintiffs state as follows:

1. Suit was filed on February 21, 2012 for collection of delinquent ERISA contributions, plus attorneys' fees, costs, and interest, under 29 U.S.C. 1132(g)(2).

2. Service was made upon Northwest Building Material of Illinois, Inc., an Illinois corporation, on March 1, 2012, and a copy of the proof of service was filed with the court on March 5, 2012.

3. Service was made upon Katherine M. Henry, Individually, on March 1, 2012, and a copy of the proof of service was filed with the court on March 5, 2012.

4. More than 21 days have passed without any response to the Complaint by Defendants, so that Defendants are now in default.

5. As supported by the attached Affidavits, the sums due on the Complaint are:

    $36,679.05 Pension
    $24,328.90 Welfare
    $13,105.12 Pension Fund installment note
    $22,214.98 Welfare Fund installment note
     $925.00 Attorneys fees
     <u>$475.00</u> Court costs
    $97,728.05

WHEREFORE, Plaintiffs pray for the entry of an order:

 A. Finding Defendants, Northwest Building Material of Illinois, Inc., an Illinois corporation and Katherine M. Henry, Individually, in default; and

 B. Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $97,728.05.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN
        203 N. LaSalle Street, Suite 1650
        Chicago, IL 60601
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: March 26, 2012