# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWEST BUILDING MATERIAL OF ILLINOIS, INC., an Illinois corporation and KATHERINE M. HENRY, Individually, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 2012 C 1196 ) ) ) Judge John Lee ) ) Magistrate Judge Cole ) ) ) ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN ON COUNT III

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorneys, JOHN J. TOOMEY, and ARNOLD AND KADJAN, and, pursuant to FRCP 55, move for entry of judgment on damages. Liability was ruled upon on May 3, 2012 as to Count III of the Complaint. In support of their Motion, Plaintiffs state as follows:

1. Pursuant to the May 3, 2012 Minute Order this case was scheduled for status and prove-up as to damages at a subsequent date.

2. Pursuant to the attached Affidavit of Richard Siebert and the underlying supporting documents which have been previously reviewed by Defendant's counsel, the amounts due on the defaulted Pension Fund installment note is $20,888.40 and defaulted Welfare Fund installment note is $12,274.10 for a total judgment due of $33,162.50.

3. Pursuant to the terms of the defaulted installment notes "reasonable costs of collection including reasonable attorneys fees" are to be recovered as part of such judgment. This is consistent with ERISA 29 U.S.C. 1132(g)(2) allowing for recovery of attorneys fees and costs.

5. As supported by the attached Affidavits, the sums due on the Complaint are:

$20,888.40  Pension installment note
$12,274.10  Welfare installment note
   $925.00  Attorneys fees
   $475.00  Court costs
$34,562.50

WHEREFORE, Plaintiffs pray for the entry of judgment in a sum certain on Count III of the Complaint against the individual co-maker of the ERISA installment notes:

A. Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS against the Defendant, KATHERINE M. HENRY, Individually in the amount of $34,562.50.

B. This constitutes a final Order of Judgment. There is no just reason to delay enforcement.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 19, 2012

2